George W. Hutton et al., Respondents, *v.* Caroline M. S. Weber, Appellant.

(Submitted March 6, 1893; decided March 21, 1893.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

January 23, 1892, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Edward Grosse* for appellant.

*Thomas Nelson* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____